**Opinion issued November 26, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00848-CV

———————————

## IN RE LARRY LAMONT BRANCHE II, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Larry Lamont Branche II, has filed a petition for writ of mandamus, seeking to compel the trial court to vacate a protective order and grant relator's motion for new trial.[1]

---

[1] The underlying case is *Katherine Nicole Branche v. Larry Lamont Branche II*, Cause No. 2019-28873, pending in the 280th District Court of Harris County, Texas, the Honorable Barbara J. Stalder presiding.

We deny the petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.